UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAN MCCULLOUGH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT,<br><br>　　　　　Defendant. | Case No. 15-cv-04502-EDL<br><br>**ORDER REFERRING CASE TO MEDIATION** |

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter is referred for mediation through the Court's Alternative Dispute Resolution department. The mediation session shall take place no later than January 29, 2016.

**IT IS SO ORDERED.**

Dated: December 17, 2015

　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge