Jean Murrell Adams, Esq. (State Bar No. 138458)
Karen Watkins, Esq. (State Bar No. 219390)
ADAMS ESQ, A Professional Corporation
1300 Clay Street, Suite 600
Oakland, CA  94612
Phone: 510-832-6000
Fax:  510-832-3099
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| Marian McCullough,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT,<br>　　　　　Defendant. | CASE NO.  15-04502- EDL<br><br>**NOTICE OF DISMISSAL<br>AND [PROPOSED] ORDER**<br>AS MODIFIED |

**TO THE HONORABLE ELIZABETH D. LAPORTE UNITED STATES DISTRICT MAGISTRATE JUDGE:**

The parties have reached a settlement agreement at the Mediation that took place on January 24, 2016 with Mediator Tamara Lange. Pursuant to the agreement, Plaintiff hereby request that this case be dismissed.

ADAMS ESQ
1300 Clay Street, Suite 600
Oakland, 94612
Main: 510-832-6000 • Fax: 510-832-3099

1   Dated: February 18, 2016                    ADAMS ESQ

2                                               By: /s/ Jean Murrell Adams
3                                               Jean Murrell Adams, Esq.
                                                Attorney for the Plaintiff
4                                               Marian McCullough

5   Dated: February 18, 2016                    FAGEN FRIEDMAN & FULFROST LLP
6
                                                /S/  David Mishook
7                                               David Mishook
                                                Attorneys for Defendant
8                                               Oakland Unified School District

9

10          I, Jean Murrell Adams, am the ECF User whose ID and password are being used to file

11  this NOTICE OF DISMISSAL.  In compliance with General Order 45, X.B., I hereby attest that

12  attorney David Mishook has concurred in this filing.

13

14  DATED: February 18, 2016                    ADAMS ESQ

15

16                                              By:   /s/ Jean Murrell Adams
17                                                    Jean Murrell Adams
                                                      Attorney for Plaintiff
18                                                    Marian McCullough

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL
[PROPOSED] ORDER

ADAMS ESQ
1300 Clay Street, Suite 600
Oakland, 94612
Main: 510-832-6000 • Fax: 510-832-3099

IT IS SO ORDERED, that this case is dismissed in its entirety,  with prejudice.

IT IS SO ORDERED

Dated: February  19 , 2016                    Hon. Elizabeth D. Laporte

_Elizabeth D. Laporte_

ADAMS ESQ
1300 Clay Street, Suite 600
Oakland, 94612
Main: 510-832-6000 • Fax: 510-832-3099

3